PS 42
(Rev 07/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 03, 2026

SEAN F. McAVOY, CLERK

## United States District Court

### Eastern District of Washington

United States of America      )
                              )      Case No. 1:25-CR-02113-RLP-1
        vs              )
                              )
Jonathan Edgar Magana-Roman   )

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Jonathan Edgar Magana-Roman, have discussed with Ashleigh Miller, Pretrial Services/Probation Officer, the addition of the following conditions of my release:

10. Defendant shall abstain totally from the use of alcohol.

11. Defendant shall not enter into or remain in any establishment where alcohol is the primary item of sale.

I consent to these modifications of my release conditions and agree to abide by these modifications.

_Jonathan Magana_   7-16-26   _Ashleigh Miller_   7/16/26
Signature of Defendant      Date      Pretrial Services/Probation Officer   Date

Jonathan Edgar Magana-Roman        Ashleigh Miller

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_         8-3-26
Signature of Defense Counsel      Date

Alex B. Hernandez, III

☒    The above modification of conditions of release is ordered, to be effective on 8/4/2026

[ ]    The above modification of conditions of release is not ordered.

_Alexander C. Ekstrom_      8/3/2026
Signature of Judicial Officer      Date

Alexander C. Ekstrom