✎PS 8
(3/15)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Aug 12, 2026
SEAN F. MCAVOY, CLERK
ECF No. 39

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs. Magana-Roman, Jonathan Edgar Docket No. 0980 1:25CR02113-RLP-1

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Ashleigh Miller, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Jonathan Edgar Magana-Roman, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the court at Yakima, Washington, on the 3rd day of November 2025, and a consent to modify conditions of release was signed and approved by the Court on the 3rd day of August 2026, under the following conditions:

**Special Condition # 10:** Defendant shall abstain totally from the use of alcohol.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On November 4, 2025, a probation officer met with the defendant and the conditions of release were reviewed with Mr. Magana-Roman. He verbalized an understanding of all conditions of release and signed a copy of the order setting conditions of release memorializing his statement.

On July 16, 2026, the undersigned and the defendant signed a consent to modify the conditions of his release to include special conditions 10 and 11, which prohibit him from consuming any alcohol or entering any establishments where alcohol is the primary item of sale. Mr. Magana-Roman's counsel, and the Court, concurred and signed the same document, which was filed on August 3, 2026, and indicated the modification of conditions of release to be effective beginning on August 4, 2026.

**Violation #1:** Mr. Magana-Roman is alleged to have violated his conditions of release by consuming alcohol on or about August 9, 2026.

On August 10, 2026, the undersigned contacted the defendant at his residence and collected a urinalysis test that was presumptive positive for alcohol. After confronting Mr. Magana-Roman with the results, he admitted he consumed two alcoholic beverages the night prior. The defendant reported stress surrounding his legal proceedings and news that his girlfriend experienced a miscarriage of their second child as the catalyst for his noncompliance but acknowledged he knew it was a violation of his release conditions to consume alcohol nonetheless. He signed an admission form memorializing his verbal admission.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

---

I declare under the penalty of perjury
that the foregoing is true and correct.

Executed on: August 12, 2026

by s/Ashleigh Miller

Ashleigh Miller
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Alexander C. Ekstrom
Signature of Judicial Officer

8/12/2026
Date